UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETERSON WAMPOLD ROSATO FELDMAN LUNA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | Case No. C20-1451-RSM-SKV <br><br> JOINT STIPULATION <br><br> Noted for Consideration: June 17, 2021 |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, against the Defendant seeking the disclosure of certain documents. The parties are currently engaged in briefing cross-motions for summary judgment concerning the issue of Defendant's assertion of Exemption 5 in a Search and Rescue Case Study. Defendant's opposition and cross-motion was due June 18, 2021. However, that day recently became a Federal Holiday, Juneteenth National Independence Day. *See* LCR 7(5) ("If the deadline for a party's response or reply to a motion falls on a date that is a legal holiday as defined by Fed. R. Civ. P. 6, the party's response or reply is due on the following day that is not a Saturday, Sunday, or legal holiday."). In light of the new Federal Holiday, and in order to provide the parties'

STIPULATED MOTION
C20-1451-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

equivalent time for reply briefing, the parties propose the following schedule for the remaining deadlines:

- June 21, 2021, Defendant will file its Opposition and Cross-Motion for Summary Judgment, limited to 24 pages.[1]
- June 28, 2021, Plaintiff will file its Opposition to Defendant's Cross-Motion and Reply in Support of its Motion, limited to 12 pages.
- July 6, 2021, Defendant will file its Reply in Support of its Cross-Motion, limited to 12 pages.

DATED this 17th day of June, 2021

Respectfully submitted,

PETERSON WAMPOLD ROSATO
FELDMAN LUNA

*s/ Sara Leonetti*
TOMAS A GAHAN, WSBA #32779
SARA LEONETTI, WSBA #56315
1501 4th Avenue, Suite 2800
Seattle, Washington 98101
Phone: 206-624-6800
Email: gahan@pwrfl-law.com

*Attorney for Plaintiff*

---

[1] The proposed page limits do not limit either parties' ability to file a declaration with its motion, cross-motion, opposition, or any reply.

STIPULATED MOTION
C20-1451-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TESSA M. GORMAN
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendant*

STIPULATED MOTION
C20-1451-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 **ORDER**

2 **IT IS SO ORDERED**.

3 Dated this 17th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION
C20-1451-RSM-SKV
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970