UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETERSON WAMPOLD ROSATO FELDMAN LUNA,

　　　　　　Plaintiff,

　　v.

UNITED STATES COAST GUARD,

　　　　　　Defendant.

Case No. C20-1451-RSM-SKV

ORDER

　　Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　Plaintiff's Motion for Partial Summary Judgment, Dkt. 20, is DENIED, and Defendant's Motion for Partial Summary Judgment, Dkt. 26, is GRANTED.

　　(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

//

ORDER - 1

DATED this 24th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2