The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETERSON WAMPOLD ROSATO FELDMAN LUNA, | Case No. 2:20-cv-1451-RSM-SKV |
| Plaintiff, | STIPULATED ORDER FOR DISMISSAL |
| v. | |
| UNITED STATES COAST GUARD, | Noted for Consideration: November 8, 2022 |
| Defendant. | |

The parties, through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this case should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

//

//

//

//

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 8th day of November, 2022

2

3                                              Respectfully submitted,

4

5                                              PETERSON WAMPOLD ROSATO
                                               FELDMAN LUNA
6
                                               *s/ Sara Leonetti*
7                                              TOMAS A GAHAN, WSBA #32779
                                               SARA LEONETTI, WSBA #56315
8                                              1501 4ᵗʰ Avenue, Suite 2800
                                               Seattle, Washington  98101
9                                              Phone:  206-624-6800
                                               Email:  gahan@pwrfl-law.com
10

11                                             *Attorney for Plaintiff*

12

13

14

15                                             NICHOLAS W. BROWN
                                               United States Attorney
16
                                               *s/ Katie D. Fairchild*
17                                             KATIE D. FAIRCHILD, WSBA #47712
                                               Assistant United States Attorney
18                                             United States Attorney's Office
                                               700 Stewart Street, Suite 5220
19                                             Seattle, Washington  98101-1271
                                               Phone:  206-553-4358
20                                             Fax:  206-553-4067
                                               Email:  katie.fairchild@usdoj.gov
21

22                                             *Attorney for Defendant*

23

24

25

26

27

28

1

**ORDER**

2

**IT IS SO ORDERED**.

3

DATED this 9th day of November, 2022.

4

5

6

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL
2:20-cv-1451-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970